# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5063
Owner:  Martin Ricardo Garza, *et al.*
Acres:  0.730

**Being** a 0.730 of one acre (31,794 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 8.889 acre tract designated as Share 6 in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Deonicia Alvarez Garza (Undivided Interest) by Warranty Deed recorded in Volume 372, Page 381, Deed Records of Starr County, Texas, and being out of a called 46.3293 acre tract conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-5062 5063", said point being at the northwest corner of Share 6 and the northeast corner of a called 8.070 acre tract designated as Share 5-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Refugio G. Vda de Alvarez (Undivided Interest) by Warranty Deed recorded in Volume 118, Page 525, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said point being in the north line of the 46.3293 acre tract, a southwesterly line of Share 9, and the southwest line of a called 13.221 acre tract conveyed to L&R Precast Concrete Works, Inc. by Special Warranty Deed recorded in Volume 1393, Page 157, Official Records of Starr County, Texas (Tract I), said point having the coordinates of N=16664730.229, E=849991.897, said point bears S 75°26'31" E, a distance of 3695.74' from United States Army Corps of Engineers Control Point No. 210;

**Thence:** S 09°03'30" W (N 08°07'00" E, Record), departing the southwesterly line of Share 9 and the southwest line of the 13.221 acre tract, with the east line of Share 5-A and the west line of Share 6, for a distance of 106.65' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5062-1=5063-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-5063, said point being in the east line of Share 5-A and the west line of Share 6, said point having the coordinates of N=16664624.912, E=849975.107;

**Thence:** S 49°08'11" E, departing the east line of Share 5-A, over and across Share 6, for a distance of 158.97' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-1-3=5063-2" for the northeast corner of Tract RGV-RGC-5063, said point being in the east line of Share 6 and the west line of a called 9.245 acre tract designated as Share 7-A in the Final Decree of Partition recorded in Volume

## SCHEDULE C (Cont.)

88, Page 470, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas;

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), with the east line of Share 6 and the west line of Share 7-A, for a distance of 235.34' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-1-2=5063-3" for the southeast corner of Tract RGV-RGC-5063, said point being in the east line of Share 6 and the west line of Share 7-A;

**Thence:** N 49°08'11" W, departing the west line of Share 7-A, over and across Share 6, for a distance of 158.97' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5062-2=5063-4" for the southwest corner of Tract RGV-RGC-5063, said point being in the west line of Share 6 and the east line of Share 5-A;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 6 and the east line of Share 5-A, for a distance of 235.34' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

<span style="color:red">LAND TO BE CONDEMNED</span>



## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 75°26'31" E | 3695.74' | N/A | N/A |
| L2 | S 09°03'30" W | 106.65' | N 08°07'00" E | N/A |
| L3 | S 49°08'11" E | 158.97' | N/A | N/A |
| L4 | S 09°03'30" W | 235.34' | S 08°07'00" W | N/A |
| L5 | N 49°08'11" W | 158.97' | N/A | N/A |
| L6 | N 09°03'30" E | 235.34' | N 08°07'00" E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16664624.912 | 849975.107 | RGV—RGC—5062—1=5063—1 |
| 2 | 16664520.905 | 850095.331 | RGV—RGC—5061—1—3=5063—2 |
| 3 | 16664288.503 | 850058.279 | RGV—RGC—5061—1—2=5063—3 |
| 4 | 16664392.510 | 849938.055 | RGV—RGC—5062—2=5063—4 |
| 5 | 16664730.229 | 849991.897 | POC RGV—RGC—5062  5063 |

### LEGEND

- ● 5/8" REBAR W/ "MDS" CAP SET
- ⊙ FOUND MONUMENT
- △ CONTROL POINT
- ⊙ POWER POLE
- DRSC  DEED RECORDS OF STARR COUNTY
- IPF  IRON PIPE FOUND
- IRF  IRON ROD FOUND
- ORSC  OFFICIAL RECORDS OF STARR COUNTY
- PG  PAGE
- POB  POINT OF BEGINNING
- POC  POINT OF COMMENCING
- PRSC  PLAT RECORDS OF STARR COUNTY
- VOL  VOLUME

- ———————— ACQUISITION BOUNDARY
- —··—··—··—··— ADJOINING ACQUISITION BOUNDARY
- ∿∿∿∿∿∿∿ BRUSH/VEGETATION
- ————P L———— PROPERTY LINE
- —x——x——x— WIRE FENCE
- (#) SEE SHEET 5

### NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
7298 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1816

| Drawing Ref. No. SHEET 4 OF 7 | METES & BOUNDS SURVEY MARTIN GARZA, ET AL TRACT No. RGV-RGC-5063 STARR COUNTY        TEXAS | | |
|---|---|---|---|

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577987000I

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19888-T6-86 |  |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163942

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-5063     DATE: 4/10/2020

# SCHEDULE D (Cont.)

⟨1a⟩
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 0.358 ACRE

⟨1b⟩
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 7.803 ACRES

⟨2⟩
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 5-A)

REFUGIO G. VDA DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 118, PG. 525 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨3⟩
CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 4-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨7⟩
MARY ELIZABETH GARCIA
CALLED 0.84 OF AN ACRE
AFFIDAVIT OF USE
& POSSESSION
INST. No. 2018-345874 ORSC

⟨6⟩
ROSE MARIE G. RODRIGUEZ
PROBATE
CAUSE No. PR-88-23

FIDEL SALINAS
CALLED 10.00 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 8-A)

⟨4⟩
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 7-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

⟨5⟩
L&R PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT I)

⟨11⟩
CAMILO GARZA & RAMON GARZA
CALLED 8.547 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 3)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

RANULFO GARZA
WARRANTY DEED
VOL. 603, PG. 503 ORSC

SAN JUANITA SEPULVEDA
DEED OF GIFT
VOL. 1030, PG. 373 ORSC

⟨9⟩
LOT 10
BLOCK 1
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

⟨10⟩
LOT 9
BLOCK 1
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

⟨8⟩
JOSE CANTU, JR.
CALLED 0.42 ACRE
DEED OF GIFT
VOL. 1150, PG. 627 ORSC

⟨13⟩
BENITO ALVAREZ, JR., ET AL
CALLED 1.99 ACRES
WARRANTY DEED
VOL. 511, PG. 781 ORSC

⟨12⟩
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 DRSC
(FIRST TRACT, SHARE 2-A)


**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1616

Drawing Ref. No. SHEET 5 OF 7

**METES & BOUNDS SURVEY**
**MARTIN GARZA, ET AL**
**TRACT No. RGV-RGC-5063**
**STARR COUNTY**           **TEXAS**

MDS PROJ. NO. 18-200-00   FILE NAME: RGV-RGC-5063   DATE: 4/10/2020




## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-5063
Owner:  Martin Ricardo Garza, *et al.*
Acreage:  0.730

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5063
Owner:  Martin Ricardo Garza, *et al.*
Acres:  0.730

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of land described in Certified Copy of Final Decree of Partition recorded with Starr County Clerk, Texas, on 4 March 1936, volume 88, page 470, document number 1935-4879, and Warranty Deed recorded with Official Records of Starr County, Texas on 8 August 1973, volume 372, page 381, document number 1973-83611, and Deed of Gift recorded with Official Records of Starr County, Texas on 9 June 2003, volume 965, page 344, document number 2003-230492 reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWO THOUSAND AND THREE HUNDRED DOLLARS AND NO/100 ($2,300.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| San Juanita J. Garza ▮▮▮▮▮▮▮▮▮ McAllen, TX ▮▮▮ | **RGV-RGC-5063** Deed of Gift, Document #2003-230492; Recorded June 4, 2003, Deed Records of Starr County |
| Martin Ricardo Garza ▮▮▮▮▮▮▮▮▮ Brenham, TX ▮ | |
| Marissa Iris G. Lee ▮▮▮▮▮▮ Ada, MI ▮ | |
| Jaime A. Garza ▮▮▮▮▮▮ Sugarland, TX ▮ | |
| Aaron A. Garza ▮▮▮▮▮▮ McAllen, TX ▮ | |
| Marco A. Garza ▮▮▮▮▮▮ Edinburg, TX ▮ | |
| The Unknown Heirs of Martin Garza | |
| Deonicia Alvarez Garza ▮▮▮▮▮▮▮▮ Edinburg, TX ▮ | Warranty Deed, Document #1973-83611; Recorded February 2, 1973 Deed Records of Starr County |
| Ameida Salinas 100 N. FM 3167 Suite 201 Rio Grande City, TX 78582 | **Starr County Tax Assessor Office** |